## MARVIN E. HEINRICHS V. STATE.

No. 26,593. November 11, 1953.
Appellant's Motion for Rehearing Denied (Without
Written Opinion) January 13, 1954.

*Dixie & Ryan* [*Thomas M. Ryan*, of Counsel], Houston, for appellant.

*Wesley Dice*, State's Attorney, Austin, for the state.

DAVIDSON, Judge.

The opinion in the case of Elroy Heinrichs v. State, (page 293, this volume), this day decided, and also that of Phillips v. State, No. 26,523, (page 286, this volume), are in all things

here applicable and controlling, and adopted as the opinion in this case.

For the reasons there stated, the judgment is affirmed.

Opinion approved by the court.